**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **ANGELA WAHAB, on behalf of herself and all others similarly situated,** | |
| **Plaintiff,** | **24-cv-5641 (ALC)** |
| **-against-** | **ORDER OF DISCONTINUANCE** |
| **EVOLUTIONS HAIR SALON, LLC,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    May 22, 2026
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**